# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2024

### NO. 03-22-00707-CV

**Alicia Cluck, Appellant**

**v.**

**Metrocare Services - Austin, LP, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on October 3, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.